1  Melissa S. Weiner (Admitted *Pro Hac Vice*)
     mweiner@pswlaw.com
2  Joseph C. Bourne (SBN 308196)
     jbourne@pswlaw.com
3  **PEARSON, SIMON & WARSHAW, LLP**
   800 LaSalle Avenue, Suite 2150
4  Minneapolis, MN 55402
   Telephone: (612) 389-0600
5  Facsimile: (612) 389-0610

6  JEFFREY D. KALIEL (SBN 238293)
     jkaliel@kalielpllc.com
7  SOPHIA GOREN GOLD (SBN 307971)
     sgold@kalielpllc.com
8  **KALIEL PLLC**
   1875 Connecticut Avenue, NW, 10th Floor
9  Washington, D.C. 20009
   Telephone: (202) 350-4783

*Additional Counsel on Signature Page*

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEANNA DORNAUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY CO., INC. and BEST BUY STORES L.P.,<br><br>Defendants. | CASE NO. 4:18-CV-04085-PJH<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS MODIFIED BY THE COURT** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against parties, with each party to bear its own attorney's fees and costs.

DATED: July 16, 2019 **PEARSON, SIMON & WARSHAW, LLP**

By: */s/ Melissa S. Weiner*
MELISSA S. WEINER

Melissa S. Weiner (Admitted *Pro Hac Vice*)
mweiner@pswlaw.com
Joseph C. Bourne (SBN 308196)
jbourne@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Daniel L. Warshaw (SBN 185365)
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Jeff Ostrow (*Pro Hac Vice* forthcoming)
ostrow@kolawyers.com
Scott Edelsberg (*Pro Hac Vice* forthcoming)
edelsberg@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

|   |   |   |
|---|---|---|
| 1 |  | JEFFREY D. KALIEL (SBN 238293) |
|   |  | jkaliel@kalielpllc.com |
| 2 |  | SOPHIA GOREN GOLD (SBN 307971) |
|   |  | sgold@kalielpllc.com |
| 3 |  | **KALIEL PLLC** |
|   |  | 1875 Connecticut Avenue, NW, 10th Floor |
| 4 |  | Washington, D.C. 20009 |
|   |  | Telephone: (202) 350-4783 |

*Counsel for Plaintiff and the Proposed Class*

DATED: July 16, 2019                **BALLARD SPAHR LLP**


By:*/s/ Jonathan M. Bye*
            JONATHAN M. BYE

JONATHAN M. BYE (admitted *pro hac vice*)
  byej@ballardspahr.com
**BALLARD SPAHR LLP**
80 South Eighth Street, 2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

MARCOS D. SASSO (SBN 228905)
  sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone: (424) 204-4400
Facsimile: (424) 204-4350

*Counsel for Defendants*

**<u>ORDER</u>**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. No claims of any putative class member other than Dornaus is affected by this order.

Dated: July 17, 2019



_____
PHYLLIS J. HAMILTON
United States District Judge